■ JACK ATLAS, Appellant, v. UNITED STATES TRUCKING CORPORATION, Respondent.— Action to recover damages for personal injuries allegedly sustained when a portion of goods and wares, in the process of being loaded on respondent's truck, fell on appellant. The appeal is from a judgment in favor of respondent entered upon the direction of a verdict. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.